NUMBER 13-06-443-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________


RSI HOLDING CORPORATION, Appellant,


v.



TAN U.S. GROUP, INC. D/B/A WOODCRAFTERS, 

A DELAWARE CORPORATION, Appellee.

_________________________________________________________


On appeal from the 398th District Court


of Hidalgo County, Texas.


_________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Castillo, and Garza


Memorandum Opinion Per Curiam


 Appellant, RSI HOLDING CORPORATION, perfected an appeal from a judgment
entered by the 398th District Court of Hidalgo County, Texas, in cause number C-2976-05-1. After the record was filed, appellant filed a motion to dismiss the appeal. 
In the motion, appellant states that this case has been resolved and appellant no longer
wishes to prosecute this appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's
motion to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 16th day of November, 2006.